Peter C. Prynkiewicz (AZ Bar No. 015256)
pprynkiewicz@litter.com
LITTLER MENDELSON, P.C.
2425 Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile: 602.957-1801

Leslie A. Dent (admitted pro hac vice)
ldent@littler.com
Amy M. Palesch (admitted pro hac vice)
apalesch@littler.com
LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E., Suite 1500
Atlanta, GA 30326.4803
Telephone: 404.233.0330
Facsimile: 404.233.2361

Attorneys for Defendant
ASURION INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aurora Lee and Douglas Williams, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>Asurion Insurance Services, Inc. and Asurion Corp.,<br><br>Defendants. | Case No. 2:15-cv-02606-PHX-ROS<br><br>**CORPORATE DISCLOSURE STATEMENT** |

  This Corporate Disclosure Statement is filed on behalf of Defendant Asurion Insurance Services, Inc. in compliance with the provisions of:

  __X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate

LITTLER MENDELSON, P.C.
A Professional Corporation
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA 30326.4803
404.233.0330

Corporate Disclosure Statement

1  party to an action in a district court must file a statement that identifies any
2  parent corporation and any publicly held corporation that owns 10% or more
3  of its стock or states that there is no such corporation.

4  _____ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental
5  corporate party to a proceeding in a district court must file a statement that
6  identifies any parent corporation and any publicly held corporation that owns
7  10% or more of its stock or states that there is no such corporation.

8  _____ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational
9  victim of alleged criminal activity is a corporation the government must file a
10 statement identifying the victim and the statement must also disclose the
11 information required by Rule 12.4(a)(1).

12 **The filing party hereby declares as follows:**

13 _____ No such corporation.

14 __X__ Party is a wholly-owned subsidiary of the following corporations, none of
15 which are publicly held corporations: Asurion LLC; Lonestar Intermediate
16 Holdings, LLC; Lonestar Intermediate Super Holdings, LLC; and NEW
17 Asurion Corporation.

18 _____ Publicly held corporation, not a party to the case, with a financial interest in
19 the outcome. *List identity of corporation and the nature of the financial*
20 *interest.* (*Attach additional pages if needed*).

21 _____Relationship_____

22 _____ Other (please explain)

23 **A supplemental disclosure statement will be filed upon any change in the**
24 **information provided herein.**

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA  30326.4803
404.233.0330

Corporate Disclosure Statement

-2-

DATED this 8th day of April, 2016.

*s/ Peter C. Prynkiewicz*
Peter C. Prynkiewicz
LITTLER MENDELSON, P.C.
Attorneys for Defendant
Asurion Insurance Services, Inc.

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants this this 8th day of April, 2016.

Stephen I. Leshner, P.C.
1440 East Missouri Avenue, Suite 265
Phoenix, AZ 85014
steve@steveleshner.com

G. Tony Atwal
Jacob R. Rusch
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
tatwal@johnsonbecker.com
jrusch@johnsonbecker.com

Jason J. Thompson
Jesse L. Young
SOMMERS SCHWARTZ, P.C.
One Tower Square, Suite 1700
Southfield, Michigan 48076
jthompson@sommerspc.com
jyoung@sommerspc.com

*s/ Bridget M. Cano*

Firmwide:139538121.1 087148.1002

LITTLER MENDELSON, P.C.
A Professional Corporation
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA  30326.4803
404.233.0330

Corporate Disclosure Statement
-3-