IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aurora Lee, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>Asurion Insurance Services Incorporated, et al.,<br><br>          Defendants. | No. CV-15-02606-PHX-ROS<br><br>**ORDER** |

Pursuant to the Parties' Joint Motion and Incorporated Memorandum of Law for FLSA Settlement Approval and their Joint Stipulation of Settlement, the Court finds the Parties have satisfied the standards for final approval of a collective action settlement under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. The Court finds that the terms of the Joint Stipulation, which were negotiated at arms-length, are fair, reasonable and adequate. Plaintiffs' counsel have certified that the Joint Stipulation is in Plaintiffs' best interests. Furthermore, the Court finds that the attorneys' fees claimed by Plaintiffs' counsel are fair and reasonable.

Accordingly,

**IT IS ORDERED** that the Parties' Joint Motion for FLSA Settlement Approval (Doc. 111) is **GRANTED** and the Parties' Joint Stipulation is **APPROVED** in its entirety.

**IT IS FURTHER ORDERED** that the Court enters final judgment in this case, and the Court dismisses this case with prejudice as to the Named Plaintiffs and all opt-in

Plaintiffs participating in the settlement. The Parties will bear costs and fees in accordance with the terms of the Joint Stipulation. This Court will retain jurisdiction to implement and enforce the terms of the Parties' Joint Stipulation.

**IT IS FURTHER ORDERED** the Parties' Joint Motion and Incorporated Memorandum of Law for Leave to File the Confidential Joint Stipulation of Settlement under Seal (Doc. 112) is **GRANTED**.

Dated this 10th day of October, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge